# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**MISCELLANEOUS PROCEEDING TO WITHDRAW/SUBSTITUTE THE APPEARANCE OF COUNSEL FOR THE U.S. TRUSTEE,** | **MP CASE NO. 25-_____** |

## MISCELLANEOUS PROCEEDING TO WITHDRAW/SUBSTITUTE THE APPEARANCE OF COUNSEL FOR THE UNITED STATES TRUSTEE

The United States Trustee for Region Four, by and through undersigned counsel, and pursuant to Local Bankr. R. 9010-4(b), hereby respectfully requests that this Honorable Court strike the appearance of Lisa Yonka Stevens, Esquire, (Federal Bar No. 27728) as counsel for the United States Trustee in all of the cases listed on **Exhibit 1** in which she remains listed as counsel for the United States Trustee because Ms. Stevens is resigning from government service.

The United States Trustee hereby requests that the appearance of L. Jeanette Rice (Federal Bar No. 12933) be entered as counsel for the United States Trustee in all open cases listed on **Exhibit 2**.

The United States Trustee hereby requests that the appearance of Lynn A. Kohen (Federal Bar No. 10025) be entered as counsel for the United States Trustee in all open cases listed on **Exhibit 3**.

The United States Trustee hereby requests that the appearance of Courtney L. Morgan (Federal Bar No. 17817) be entered as counsel for the United States Trustee in all open cases listed on **Exhibit 4**.

**WHEREFORE,** the United States Trustee respectfully requests that:

a) This requests set forth in this Miscellaneous Proceeding be granted; and

b) The appearance of Lisa Yonka Stevens, Esquire, be stricken in each and every matter in which her appearance was entered as counsel for the United States Trustee. A list of all cases in which Ms. Stevens' appearance is presently entered as counsel for the United States Trustee is attached as Exhibit 1.

c) That the appearance of L. Jeanette Rice be entered as attorney for the United States Trustee in each case listed on Exhibit 2.

d) That the appearance of Lynn A. Kohen be entered as attorney for the United States Trustee in each case listed on Exhibit 3.

e) That the appearance of Courtney L. Morgan be entered as attorney for the United States Trustee in each case listed on Exhibit 4.

Respectfully submitted,

**MATTHEW W. CHENEY**
Acting United States Trustee for Region 4

By: /s/ L. Jeanette Rice
L. Jeanette Rice (Fed. Bar No. 12933)
United States Department of Justice
Office of United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Jeanette.Rice@usdoj.gov