# Exhibit 1

**Withdraw Appearance of Lisa Yonka Stevens**

| | |
|---|---|
| 08-16325 | Wayne Maddox |
| 08-20851 | Dino J. Delaportas |
| 10-38621 | Riley John Beard and Regina Lorraine Beard |
| 15-21048 | Ardina Dorthes Stokes-Davis |
| 16-20449 | Henry Terrell Arrington, Jr. |
| 18-17725 | Derrick James Wright, Sr. and Rosalind Letitia Wright |
| 18-24683 | In re Maribel Antonia Lainez and Santos A. Lainez |
| 19-11499 | Stephen Anthony Carroll |
| 19-12293 | In re Santos A. Lainez |
| 19-15265 | Toufic Salim Melki |
| 20-10883 | In re Kempes Jean and Lori Lee Jean |
| 20-11119 | In re Jerome S. Stieber |
| 20-14745 | Shuaronda Loney |
| 20-16195 | Heart Consultants, LLC |
| 20-19615 | Taylor Keels |
| 20-20279 | Marcelo Alejandro Flores Clunes |
| 20-20702 | Derrick Stephen Sieber |
| 21-10491 | Burtonsville Crossing, LLC |
| 21-10492 | ElderHome Land, LLC and Burtonsville Crossing, LLC |
| 21-11259 | Ophelia C. Artis and Stevie L. Artis |
| 21-12528 | Jose C. Bonilla |
| 21-13756 | Evan Robbins Wechsler |
| 21-13851 | George L. Solomon |
| 21-14242 | Amanda Dawn May |
| 21-14540 | Richard H. Conant and Ruth H. Conant |

| | |
|---|---|
| 21-15117 | Peter Eun-Ho Lee and Maria Angelica Lee |
| 21-16692 | Raul Osvaldo Castro |
| 21-16978 | Donegan Engineering Inc. |
| 21-17348 | Blue River Homes LLC |
| 22-11495 | TKO 10 LLC |
| 22-10792 | Derrick's Sport Fitness LLC |
| 22-11541 | James Donegan |
| 22-12682 | Carole P. Johnson |
| 22-16406 | Rashida Aisha Cohen and 1st Choice Rehabilitation & Wellness Center, PLLC |
| 22-16645 | David S. Howard, Jr. |
| 23-11027 | Optimum Construction, Inc. |
| 23-11097 | Amr Elrahimy |
| 23-11243 | 1st Choice Rehabilitation & Wellness Center, PLLC |
| 23-11801 | Issa George Ziadeh |
| 23-12359 | Advanced Pain Medicine Institute, P.C. |
| 23-12571 | Stanely Sutton Burns, Jr. |
| 23-12775 | Patrick McKinley Holley, Jr. and April Levine Holly |
| 23-12900 | Thomas N. Mathis |
| 23-13517 | Kendra D. Crawford |
| 23-13774 | Vincent De Paul Tchouaffe |
| 23-14068 | Keith Lamont Brown |
| 23-14792 | Deanna Camille Lynch |
| 23-15242 | Andrew J. Wolf |
| 23-15891 | Pawan Khadka |
| 23-15911 | Kurt Joseph Weierstall |
| 23-16095 | Jhoan Sebastian Santos Herrera |

| | |
|---|---|
| 23-16595 | Arther Pete Hess, III |
| 23-16912 | Alireza Kalantar Hormozi |
| 23-17059 | Prosperity Partners, Inc. |
| 23-18766 | NC Gas House Gang LLC |
| 23-19191 | Orthocare Solutions, Inc. |
| 24-10013 | Comfort Akwaaba Boateng |
| 24-10018 | S & J Service, Inc. |
| 24-10204 | Xavier Dane Young |
| 24-10327 | Andrea Yvette Coates |
| 24-10536 | Vestoge Frederick MD, LLC |
| 24-11815 | 903 Lake Front Drive, LLC |
| 24-12031 | Prosperity Medical and Health System, LLC |
| 24-12282 | Jamaal Gills |
| 24-12822 | Chereka Melvin |
| 24-12823 | JDL HVAC Services, LLC |
| 24-13372 | Stella Liu |
| 24-13928 | Conswella Gilmore |
| 24-13955 | W.F. Delauter & Son, Inc. and Delauter Leasing, LLC |
| 24-13956 | Delauter Leasing, LLC |
| 24-14214 | BMI Y.S., LLC |
| 24-15843 | Julia Hurt |
| 24-16748 | Nicole F. Smith |
| 24-16770 | Robby D. Garner |
| 24-16884 | DeAndre Marquez Jenkins |
| 24-17244 | 301Craincommons, LLC |
| 24-17251 | Kelli Wynn |

| | |
|---|---|
| 24-17524 | NikoPat & Associates, Inc. |
| 24-18321 | Cassandra Zaneta Bryan Reynolds |
| 24-18364 | Distribuidora Mi Honduras, LLC |
| 24-18782 | Family of Care Real Estate Holdings Co., Inc. and Charles County Nursing and Rehabilitation Center |
| 24-18784 | Charles County Nursing and Rehabilitation Center |
| 24-18885 | Charlee Necole Bell |
| 24-19330 | Preserve at Fox Gap, LLC |
| 24-19572 | Robert Todd Stine |
| 24-20014 | New Moon LLC |
| 24-20261 | Christopher Deltae West |
| 24-20675 | Cori Canty |
| 24-20797 | Tyra Danielle Edwards |
| 25-00029 | U.S. Trustee v. Hurt |
| 25-10353 | Image Direct Group LLC |