Entered: March 13th, 2025
Signed: March 13th, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| In re:<br><br>**MISCELLANEOUS PROCEEDING TO WITHDRAW/SUBSTITUTE THE APPEARANCE OF COUNSEL FOR THE U.S. TRUSTEE,** | **MP CASE NO. 25- 90004** |
|---|---|

### ORDER GRANTING MISCELLANEOUS PROCEEDING TO WITHDRAW/ SUBSTITUTE THE APPEARANCE OF COUNSEL FOR THE UNITED STATES TRUSTEE

Upon consideration of the United States Trustee's request to strike the appearance of Lisa Yonka Stevens, Esquire, in all cases pending in the United States Bankruptcy Court for the District of Maryland, in which Ms. Stevens is counsel of record for the United States Trustee for Region Four, and to substitute the appearance of other counsel in the open cases, IT IS by the United States Bankruptcy Court for the District of Maryland hereby

ORDERED, that the appearance of Lisa Yonka Stevens, Esquire, be stricken in all matters pending before this Court in which her appearance is entered as counsel for the United States Trustee, as reflect on Exhibit 1 to the Miscellaneous Proceeding; and it is further

ORDERED, that the appearance of L. Jeanette Rice be entered as attorney for the United

- 2 -

States Trustee in each case listed on Exhibit 2 to the Miscellaneous Proceeding; and it is further

ORDERED, that the appearance of Lynn A. Kohen be entered as attorney for the United States Trustee in each case listed on Exhibit 3 to the Miscellaneous Proceeding; and it is further

ORDERED, that the appearance of Courtney L. Morgan be entered as attorney for the United States Trustee in each case listed on Exhibit 4 to the Miscellaneous Proceeding.

cc: United States Trustee for Region 4

**END OF ORDER**